UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:08-CR-00135(02)RM |
| ) | |
| JOSEFINA ROSALES ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on February 19, 2009 [Doc. No. 24]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Josefina Rosale's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 42 U.S.C. § 408 (a)(7)(B).

SO ORDERED.

ENTERED:  March 10, 2009

                                            /s/ Robert L. Miller, Jr.
                                            Chief Judge
                                            United States District Court